

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2019

No. 04-19-00232-CR

Abrosia **LERMA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17137
Honorable Rex Emerson, Judge Presiding

# O R D E R

    Appellant's court-appointed attorney has filed briefs pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own briefs and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed letters, asserting that it takes no position on whether the appeals are frivolous.

    If the appellant desires to file pro se briefs in these appeals, he must do so within twenty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files pro se briefs, the State may file responsive briefs no later than twenty days after the date appellant's pro se briefs are filed in this court. We ORDER the motions to withdraw, filed by appellant's counsel in these appeals, to be HELD IN ABEYANCE pending further order of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2019.



_____
Luz Estrada,
Chief Deputy Clerk